# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |
| and EEOC | |

State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.): **Sean Sikes**
**Home Phone** (Incl. Area Code): 913-271-3243
**Date of Birth**: [redacted]

**Street Address / City, State and ZIP Code**: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: **General Motors**
**No. Employees, Members**: 300+
**Phone No.**: 

**Street Address**: 3201 Fairfax Trafficway, Kansas City, Kansas

### DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) Hostile Work Environment

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 
Latest: 10/21/2023
☒ CONTINUING ACTION

### THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See Exhibit A

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 7/31/24
Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements

[signature: Sarah Williams]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): 7/31/24

[Notary Seal: SARAH WILLIAMS, Notary Public – State of Missouri, Jackson County, Commission # 17050729, My Commission Expires 09-18-2025]

## EXHIBIT A – SEAN SIKES CHARGE OF DISCRIMINATION

Mr. Sean Sikes began his employment with General Motors ("GM") at its Fairfax location in Kansas City, Kansas in 1996 and was employed there until his illegal termination on October 21, 2023. Mr. Sikes held the position of the Lead Industrial Electrician. Mr. Sikes was a model employee his entire career.

Tragedy struck Mr. Sikes in January 2023 when he was diagnosed with cancer. Mr. Sikes informed GM of his diagnosis. Despite receiving this devastating health news, Mr. Sikes continued to perform well at work and asked for very little from GM. However, in March 2023 Mr. Sikes and his two daughters fell ill with pneumonia. As a single father battling cancer and then battling pneumonia Mr. Sikes had to request sick leave and did so on March 7, 2024. This request was only the fourth time in 28 years Mr. Sikes requested sick leave.

Mr. Sikes was granted sick leave and brought himself and his daughters back to health during that time off. Then on April 3, 2023, Mr. Sikes had surgery to remove his cancer. GM was made aware every step of the way of Mr. Sikes' treatment and prognosis. After his surgery, Mr. Sikes developed a staph infection which required more medical treatment. Mr. Sikes was qualified to perform his job and could perform that job with or without an accommodation.

Mr. Sikes had full intention of returning to work but was blindsided by a termination notice received just one day after his cancer post-op follow-up appointment on May 11, 2023. The termination letter stated that Mr. Sikes incorrectly filled out his leave request, which was not true. This left Mr. Sikes with no health insurance. Mr. Sikes fought that termination for months and was finally reinstated in September of 2023.

Upon Mr. Sikes's return, he heard from other employees that GM wanted to get rid of him because of his health. By this time Mr. Sikes continued to have mounting health issues with a diagnosis of Hashimoto's disease. Despite Mr. Sikes's complications he continued to work for GM

**EXHIBIT A – SEAN SIKES CHARGE OF DISCRIMINATION**

with zero issues. Again, GM blindsided Mr. Sikes's with a termination on October 21, 2023, just a little over a month after reinstating him.

Adding insult to injury when Mr. Sikes applied for unemployment GM incorrectly stated that Mr. Sikes had resigned from his position and precluded Mr. Sikes from unemployment benefits.

Mr. Sikes has been discriminated against based on his disability. Mr. Sikes has had his job record damaged, his reputation damaged and suffered emotional damage. Mr. Sikes is filing this charge on behalf of himself, and everyone similarly situated.