EEOC Form 5 (11/09)

# AMENDED CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | 563-2024-04046 |
| ☒ EEOC | |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| **Sean Sikes** | ▮▮▮▮ | ▮▮▮▮ |

| Street Address | City, State and ZIP Code |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮ | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **General Motors** | 300+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3201 Fairfax Trafficway, Kansas City, Kansas | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) Hostile Work Environment

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____  Latest 11/12/2024

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See attached Exhibit A, which incorporates an amendment to the Charge of Discrimination filed August 5, 2024, Charge No. 563-2024-04046.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12/15/24
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

*Sarah Williams* (signature)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)  12/15/2024

SARAH WILLIAMS
Commission Expires 09-18-2026
NOTARY SEAL
Jackson County
Commission # 17080
NOTARY PUBLIC - STATE OF MISSOURI

## EXHIBIT A – SEAN SIKES CHARGE OF DISCRIMINATION

Mr. Sean Sikes began his employment with General Motors ("GM") at its Fairfax location in Kansas City, Kansas in 1996 and was employed there until his illegal termination on October 21, 2023. Mr. Sikes held the position of the Lead Industrial Electrician. Mr. Sikes was a model employee his entire career.

Tragedy struck Mr. Sikes in January 2023 when he was diagnosed with cancer. Mr. Sikes informed GM of his diagnosis. Despite receiving this devastating health news, Mr. Sikes continued to perform well at work and asked for very little from GM.  However, in March 2023 Mr. Sikes and his two daughters fell ill with pneumonia. As a single father battling cancer and then battling pneumonia Mr. Sikes had to request sick leave and did so on March 7, 2024. This request was only the fourth time in 28 years Mr. Sikes requested sick leave.

Mr. Sikes was granted sick leave and brought himself and his daughters back to health during that time off. Then on April 3, 2023, Mr. Sikes had surgery to remove his cancer. GM was made aware every step of the way of Mr. Sikes' treatment and prognosis. After his surgery, Mr. Sikes developed a staph infection which required more medical treatment. Mr. Sikes was qualified to perform his job and could perform that job with or without an accommodation.

Mr. Sikes had full intention of returning to work but was blindsided by a termination notice received just one day after his cancer post-op follow-up appointment. The termination letter stated that Mr. Sikes incorrectly filled out his leave request, which was not true. This left Mr. Sikes with no health insurance. Mr. Sikes fought that termination for months and was finally reinstated in September of 2023.

Upon Mr. Sikes's return, he heard from other employees that GM wanted to get rid of him because of his health. By this time Mr. Sikes continued to have mounting health issues with a new diagnosis of Hashimoto's disease. Despite Mr. Sikes's complications he continued to work for GM

## EXHIBIT A – SEAN SIKES CHARGE OF DISCRIMINATION

with zero issues. Again, GM blindsided Mr. Sikes's with a termination on October 21, 2023, just a little over a month after reinstating him.

Adding insult to injury when Mr. Sikes applied for unemployment GM incorrectly stated that Mr. Sikes had resigned from his position and precluded Mr. Sikes from unemployment benefits.

Mr. Sikes has been discriminated against based on his disability. Mr. Sikes has had his job record damaged, his reputation damaged and suffered emotional damage. Mr. Sikes is filing this charge on behalf of himself, and everyone similarly situated.

## AMENDMENT

On November 12, 2024, Mr. Sikes was approached and offered a settlement agreement from a representative of GM and the Union behind his attorney's back while GM had full knowledge that he was represented by an attorney. When Mr. Sikes was presented with the agreement, he asked for a copy to review and the GM representative denied him this copy, even though a provision in the agreement gave Mr. Sikes 21 days to contemplate the agreement. GM essentially wanted to blindside Mr. Sikes with the agreement and trick him into signing it given his precarious situation of needing his job and income. After much pushback, GM gave Mr. Sikes a copy. Nowhere in his agreement was he advised to speak to an attorney about releasing his disability discrimination and retaliation claims (EEOC Charge of Discrimination). Mr. Sikes was further not verbally advised to speak to an attorney adding more evidence to GM's nefarious attempt to bully Mr. Sikes.

GM was not within its right to engage in settlement negotiations with Mr. Sikes and did so unethically and retaliatory. This offer was retaliatory because GM through its agents and attorneys thwarted ethical rules in an attempt to "strong arm" Mr. Sikes into dismissing his EEOC charge;

## EXHIBIT A – SEAN SIKES CHARGE OF DISCRIMINATION

in fact, in a phone call between Mr. Sikes and a GM representative, the GM representative said: "of course they want you to drop your EEOC case." Dangling Mr. Sikes job over his head and therefore his livelihood and health insurance in an attempt to dissuade any reasonable employee from filing a charge of discrimination. This meant that GM had his position available, Mr. Sikes was qualified for that position, and GM refused to hire him for the position unless he dismissed his claims in retaliation for filing a charge of discrimination.

GM offered Mr. Sikes job reinstatement and zero dollars to settle his claim. However, the job reinstatement was conditioned upon Mr. Sikes accepting to "come back" as a probationary employee, take zero unexcused absences for 18 months, and dismiss this EEOC charge of discrimination.

.