## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SEAN SIKES,                              )
                                         )
        Plaintiff,                )
                                         )
vs.                                      )
                                         )      Case No. 2:25-cv-02316-JAR-ADM
                                         )
GENERAL MOTORS, LLC                      )
                                         )
        Defendant.               )

<u>NOTICE TO TAKE DEPOSITION</u>

DEFENDANT AND/OR THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that Plaintiff will take the IN PERSON deposition of the following person at the following date and time at:

1600 Genessee Street, Suite 460
Kansas City, Missouri 64102

| <u>NAME</u> | <u>DATE</u> | <u>TIME</u> |
|---|---|---|
| **Omar Williams** | **December 16, 2025** | **1:00 PM C.D.T.** |

If said depositions are not completed on the stated day, they will be continued from day to day, at the same place, between the hours of 9:00 a.m. and 4:30 p.m. until completed.

These depositions will be recorded by Cornerstone Court Reporters. Such depositions are intended to be used for lawful and proper purpose, including use at trial as evidence.

BROWN AND CURRY, LLC

Sarah J. Duggan
Kansas Federal Bar Number #79092
1600 Genessee STE 956
Kansas City, Missouri 64102
Tele: (816) 756-5458
sduggan@brownandcurry.com